**Order entered August 26, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-20-00652-CV**

**IN THE INTEREST OF D.P.G., A CHILD**

**On Appeal from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 87836**

**ORDER**

Before the Court is Mother's August 21, 2020 motion for an extension of time to file her brief on the merits. We **GRANT** the motion and extend the time to **September 14, 2020**.

/s/ ERIN A. NOWELL
   JUSTICE